THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESLEY J. WILSON, Relator, *v.* CHARLES N. HARRIS, City Magistrate of the City of New York, et al., Defendants.

WILLIAM E. BELL, Appellant; THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

*Habeas corpus — certiorari — prisoner held on charge of unlawfully circulating reports derogatory to financial condition of trust company — when writs of habeas corpus and certiorari properly dismissed.*

People ex rel. *Wilson* v. *Harris*, 199 App. Div. 928, affirmed.

(Argued January 10, 1922; decided January 24, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 25, 1921, which affirmed an order of Special Term dismissing writs of habeas corpus and certiorari and remanding the prisoner to custody. The return showed that the prisoner had been charged with unlawfully circulating statements and rumors derogatory to the financial condition and affecting the solvency and financial standing of a certain trust company, and had been duly held by a magistrate to answer to said charge and surrendered by his bail to the custody of the warden of the city prison.

*Francis X. Hennessy* and *John Patrick Walsh* for appellant.

*Joab H. Banton,* District Attorney (*Robert S. Johnstone* and *Michael J. Driscoll* of counsel), for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.